# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES FERRELL**
**#159123**                                                                 **PLAINTIFF**

v.                              No. 4:25-cv-906-DPM

**PULASKI COUNTY JAIL**                                          **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Ferrell hasn't paid the $405 filing and administrative fees; and the time to do so has passed. *Doc. 6.* His complaint and amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 November 2025