IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES FERRELL**
**#159123**                                                                                          **PLAINTIFF**

v.                          No. 4:25-cv-906-DPM

**PULASKI COUNTY JAIL**                                                              **DEFENDANTS**

## JUDGMENT

Ferrell's complaint and amended complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 November 2025